UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN THE MATTER OF STANDARDIZING                              :
DATES FOR THE PREPARATION OF                                :   STANDING ORDER
PRE-SENTENCE INVESTIGATION REPORTS                          :   NO. _____
                                                            :
------------------------------------------------------------X

        At its April 23, 2014 meeting, the Board of Judges of the Southern District of New York adopted a Resolution standardizing the time-table for completion of Pre-Sentence Investigation Reports.  This Standing Order sets forth that time-table, which will become effective on June 2, 2014:

    (1) On the day of a guilty plea or verdict:

        a. The judge will (i) direct defense counsel to promptly schedule with the Probation Department a Pre-Sentence Interview of the defendant to occur within fourteen days and (ii) direct the Assistant United States Attorney to submit the prosecution case summary to the Probation Department within fourteen days;

        b. The courtroom deputy will notify the Probation Department electronically that a Pre-Sentence Investigation Report needs to be prepared for the defendant;

    (2) Within twenty-eight days of the plea or verdict, the Probation Department will complete its Pre-Sentence Interview of the defendant or notify the judge why it was unable to do so;

    (3) Fifty-five days after the plea or verdict, the Probation Department will make its initial disclosure of the Pre-Sentence Investigation Report to the parties;

    (4) Within fourteen days of the initial disclosure, the parties must provide the Probation Department with any objections to the Pre-Sentence Investigation Report;

    (5) Twenty-eight days after its initial disclosure, the Probation Department will make its final disclosure of the Pre-Sentence Investigation Report to the parties and the judge; and

(6) The time-table for preparation and completion of Pre-Sentence Investigation Reports is summarized as follows:

| Action | Date Completed |
| --- | --- |
| Guilty Plea or Verdict and Electronic Notification to Probation | Day 1 |
| Pre-Sentence Investigation Interview Scheduled and Prosecution Case Summary Submitted | Day 14 |
| Pre-Sentence Investigation Interview Completed | Day 28 |
| Initial Disclosure of the Pre-Sentence Investigation Report | Day 55 |
| Objections by the Parties | Day 69 |
| Final Disclosure of the Pre-Sentence Investigation Report | Day 83 |

Dated: May 7, 2014
New York, New York

SO ORDERED:

_____
LORETTA A. PRESKA
Chief Judge