**14 MISC 00141**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN THE MATTER OF STANDARDIZING           :     AMENDED
DATES FOR THE PREPARATION OF             :     STANDING ORDER
PRE-SENTENCE INVESTIGATION REPORTS       :     NO. _____
:
------------------------------------------------------------X

      At its April 23, 2014 meeting, the Board of Judges of the Southern District of New York adopted a Resolution standardizing the time-table for completion of Pre-Sentence Investigation Reports. This Standing Order sets forth that time-table, which will become effective on June 2, 2014:

(1) Unless individual circumstances warrant a variance, on the day of a guilty plea or verdict:

    a. The judge will (i) direct defense counsel to promptly schedule with the Probation Department a Pre-Sentence Interview of the defendant within fourteen days and (ii) direct the Assistant United States Attorney to submit the prosecution case summary to the Probation Department within fourteen days;

    b. The courtroom deputy will notify the Probation Department electronically that a Pre-Sentence Investigation Report needs to be prepared for the defendant;

(2) Within twenty-eight days of the plea or verdict, the Probation Department will complete its Pre-Sentence Interview of the defendant or notify the judge why it was unable to do so;

(3) Fifty-five days after the plea or verdict, the Probation Department will make its initial disclosure of the Pre-Sentence Investigation Report to the parties;

(4) Within fourteen days of the initial disclosure, the parties must provide the Probation Department with any objections to the Pre-Sentence Investigation Report;

(5) Twenty-eight days after its initial disclosure, the Probation Department will make its final disclosure of the Pre-Sentence Investigation Report to the parties and the judge; and

(6) The time-table for preparation and completion of Pre-Sentence Investigation Reports is summarized as follows:

| Action | Date Completed |
| --- | --- |
| Guilty Plea or Verdict and Electronic Notification to Probation | Day 1 |
| Pre-Sentence Investigation Interview Scheduled and Prosecution Case Summary Submitted | Day 14 |
| Pre-Sentence Investigation Interview Completed | Day 28 |
| Initial Disclosure of the Pre-Sentence Investigation Report | Day 55 |
| Objections by the Parties | Day 69 |
| Final Disclosure of the Pre-Sentence Investigation Report | Day 83 |

Dated: May 27, 2014
New York, New York

SO ORDERED:

_____
LORETTA A. PRESKA
Chief Judge